IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| ANTHONY T. LEE, et al., )<br>)<br>   Plaintiffs, )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>   Plaintiff-Intervenor )<br>   and Amicus Curiae, )<br>)<br>NATIONAL EDUCATION )<br>ASSOCIATION, INC. )<br>)<br>   Plaintiff-Intervenor )<br>)<br>   v. )<br>)<br>LEE COUNTY BOARD OF )<br>EDUCATION, et al., )<br>)<br>   Defendants. ) | CIVIL ACTION NO.<br>3:70cv845-T<br>(WO) |

OPINION

On May 29, 2002, the Lee County School System was declared unitary in all respects except for faculty assignment to Loachapoka Elementary School and Loachapoka High School.  <u>Lee v. Lee County Board of Education</u>, 2002 WL 1268395 (M.D. Ala.) (Thompson, J.).  The court found that the disparity in the racial makeup of the faculty at

the schools was a vestige of prior de jure segregation. Id. at *11.  Faculty assignment in desegregation cases is governed by the standards set forth in Singleton v. Jackson Municipal Separate Sch. Dist., 419 F.2d 1211 (5th Cir. 1969).  This litigation is again before the court, this time on a motion for declaration of unitary status as to the Loachapoka schools and for the termination of this case.

According to the most recent progress report filed on October 24, 2005, the racial makeup of the faculty at Loachapoka Elementary School has been in compliance with the Singleton ratio requirements for the 2002-2003 school year, the 2003-2004 school year, the 2004-2005 school year, and the 2005-2006 school year.  The racial makeup of the faculty at Loachapoka High School was in compliance with the Singleton ratio requirements for the 2004-2005 school year.  The movement of a single African-American teacher would place the high school within the Singleton ratio for the 2005-2006 school year.

As discussed in a telephone status conference held on October 27, 2005, all parties are in agreement that the Lee County School System has made significant progress since the 2002 fairness hearing that resulted in the court's continuing jurisdiction over the issue of faculty assignment.  No party objects to an order declaring the Lee County School System unitary in all respects.

The motion for declaration of unitary status and termination of this litigation filed by the board and its members and superintendent will be granted, all outstanding orders and injunctions will be dissolved, and this litigation dismissed as to the board and its members and superintendent.  However, the state defendants will not be dismissed, and the orders dealing with the state-wide "special education" and "facilities" issues will not be dissolved.

An appropriate judgement will be entered.

DONE, this the 28th day of October, 2005.

                                               /s/ Myron H. Thompson
                                     UNITED STATES DISTRICT JUDGE