IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION


ANTHONY T. LEE, et al.,          )
                                 )
     Plaintiffs,                 )
                                 )
UNITED STATES OF AMERICA,        )
                                 )
     Plaintiff-Intervenor        )
     and Amicus Curiae,          )
                                 )
NATIONAL EDUCATION               )
ASSOCIATION, INC.                )
                                 )
     Plaintiff-Intervenor        )
                                 )
     v.                          )     CIVIL ACTION NO.
                                 )     3:70cv845-T
LEE COUNTY BOARD OF              )        (WO)
EDUCATION, et al.,               )
                                 )
     Defendants.                 )

### JUDGMENT

In accordance with the memorandum opinion entered

this day, it is the ORDER, JUDGMENT, and DECREE of the

court as follows:

(1) The motion for declaration of unitary status and

termination of this litigation, filed by defendants Lee

County Board of Education and its members and superintendent (Doc. No. 235) is granted.

(2) The Lee County School System is DECLARED to be unitary.

(3) All outstanding orders and injunctions are dissolved as to defendants Lee County Board of Education and its members and superintendent.

(4) Defendants Lee County Board of Education and its members and superintendent are dismissed.

It further ORDERED that the state defendants (the Alabama State Board of Education, its members, the State Superintendent of Education, and the Governor of Alabama) are not dismissed and that the orders dealing with the state-wide "facilities" and "special education" issues are not dissolved.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 28th day of October, 2005.

    /s/ MYRON H. THOMPSON
UNITED STATES DISTRICT JUDGE